**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2293**

———————

BARBARA GILMAN,

                                    Plaintiff - Appellant,

        versus

ZEIDERS ENTERPRISES, INCORPORATED,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Tommy E. Miller, Magistrate Judge. (CA-01-134-2)

———————

Submitted:  March 4, 2002          Decided:  March 12, 2002

———————

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Henry E. Howell, III, DOUMMAR & HOWELL, L.L.P., Virginia Beach, Virginia, for Appellant.  William M. Furr, WILLCOX & SAVAGE, P.C., Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara Gilman filed a complaint alleging Zeiders Enterprises, Inc. violated the Age Discrimination in Employment Act (ADEA), 29 U.S.C.A. §§ 621-634 (West 1999 & Supp. 2001) when it failed to hire her for a domestic violence prevention specialist position.  The magistrate judge conducted a hearing and granted summary judgment in favor of Zeiders, finding no discrimination.[*]  Gilman appeals the magistrate judge's order.

We have reviewed the parties' briefs, the joint appendix, and the magistrate judge's bench ruling.  The court properly found that Gilman failed to show the legitimate, nondiscriminatory reasons Appellee offered for failing to hire her were pretextual.  Reeves v. Sanderson Plumbing Prods., Inc., 530 U.S. 133, 137-39 (2000).  Accordingly, we affirm on the reasoning of the magistrate judge as stated in its bench ruling.  Gilman v. Zeiders Enters, Inc., No. CA-01-134-2 (E.D. Va. Oct. 2, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the exercise of jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c)(1) (1994).

2